The majority concludes that the circuit court's September 2, 2005, order is valid because the circuit court's July 13, 2005, order was void. However, the appellant appealed only as to the circuit court's September 2, 2005, order denying his motion for reconsideration of his sentences. Therefore, this court should not look beyond the facial validity of the circuit court's July 13, 2005, order because that ruling has not been appealed to this court.
The circuit court's July 13, 2005, order was facially valid. Therefore, its September 2, 2005, order is void because it was entered more than thirty days after the July 13, 2005, order. See State v. Monette, 887 So.2d 314
(Ala.Crim.App. 2004). Accordingly, this court should dismiss this appeal.[4]
[4] If the circuit court questioned the validity of its July 13, 2005, order, it could have set aside that ruling within thirty days and retained jurisdiction over the case.